IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA            )
                                     )
v.                                   )     Criminal No. 4:22-CR-40008-001
                                     )
SAMUEL EARL MCREYNOLDS               )

## FINAL ORDER OF FORFEITURE

On July 27, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 10). In the Preliminary Order of Forfeiture, a SanDisk Cruzer flash drive (serial number 4165246405521420); a computer flash drive (serial number WCATR8335573); and a blue and silver flash drive of unknown manufacture, and with no visible serial number, which has the word "Backup" handwritten on it, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On September 19, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was October 18, 2022. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 27, 2022, shall become final at this time.

IT IS SO ORDERED this 10th day of May, 2023.

_____
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE